Hearing set for 1:45 PM<br>
Hearing start at 2:25 PM<br>
Hearing ended at 2:55 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero         Date: December 19, 2022

**Case CR-22-0440 (DRD)**

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Alexander Alum |
| vs. | |
| [1] ANGEL DE LA ROSA-JIMENEZ | AFPD Yuseph Lamboy |
| [2] RAISA RAYMUNDO-VARGAS | Laura Maldonado, Esq. |
| [3] ADONIS JOSE MARQUEZ-MARTE | Diego H. Alcala, Esq. |
| [4] JOSUE FIGUEROA-LOPEZ | Rosa I. Bonini, Esq. |
| [6] JAN GONZALEZ-LOPEZ | Juan F. Matos, Esq. |
| [7] NICOLE M. FIGUEROA-DE JESUS | Jose L. Novas, Esq. |
| [8] EDWIN M. FIGUEROA-VALDEZ | Jason Gonzalez. Esq. |

**CASE CALLED FOR STATUS CONFERENCE VIA VTC.**

The Court authorized the following substitution: Attorney Juan Matos for Attorney Laura Maldonado, The Court was informed the status of the case.

- ➢ Government advised that general discovery was provided. AUSA Alum informed that Motion for Protective order was filed at DE 85. Counsel also informed that discovery in this case is voluminous.
- ➢ AUSA Alum will coordinate meeting with counsel to proffer the evidence.
- ➢ As to co-defendant #5, government advised that he was arrested in Western District of Texas and is pending to be brought to this jurisdiction.
- ➢ Attorney Bonini advised of the pending Motion at DE 94. The Court provided until January 10, 2023 for the government to reply.
- ➢ The parties request additional time to review voluminous discovery.

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec.

Hearing set for 1:45 PM  
Hearing start at 2:25 PM  
Hearing ended at 2:55 PM

3161(h)(7)(A) until the next conference.

**Further Status Conference is set for 05/08/2023 at 2:00 PM in DRD Bridge before Judge Daniel R. Dominguez.**

<u>*s/ Ana M. Romero*</u>  
Ana M. Romero  
Courtroom Deputy Clerk